Fourth Department. May 10, 1904.) Action by John Charles Miller against the Seneca River Power Company and others.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted; this court certifying that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals.

---

MOLLER, Respondent, v. FOX, Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Peter Moller against Catherine Fox. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

MOORE, Respondent, v. HOYT et al. Appellants. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Silas B. Moore against Stephen Hoyt and others.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

HOUGHTON, J., not sitting.

---

MORIARTY, Appellant, v. WAGNER, Respondent. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Philip Moriarty against Andrew Wagner. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

MORRIS v. BAB. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by William E. Morris against Jacob Bab. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

In re MUIRHEAD. (Supreme Court, Appellate Division, First Department. June 17, 1904.) In the matter of Benjamin C. Muirhead. No opinion. Motion dismissed.

---

MUIRHEAD, Respondent, v. HOLLANDER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Benjamin C. Muirhead against Henry Hollander and others. H. Siegrist, Jr., for appellants. E. R. Leavitt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

MURRAY, Appellant, v. BREHENY, Respondent. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by William Murray against John Breheny. No opinion. Motion denied.

---

MURRAY, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Catharine Murray against the Prudential Insurance Company of America.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., dissents.

---

MUTUAL LOAN ASS'N, Respondent, v. LESSER et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by the Mutual Loan Association against Joseph S. Lesser and others. A. Furber, for appellants. F. Pierce, for respondent. No opinion. Judgment and order affirmed, with costs.

---

NAYLOR, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Lavina Naylor against the Delaware, Lackawanna & Western R. Co. No opinion. Judgment and order affirmed, with costs.

---

NEAL v. ABEL. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by E. Virgil Neal against Henry C. Abel. No opinion. Motion denied.

---

NEAL, Respondent, v. ABEL, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by E. Virgil Neal against Henry C. Abel. E. Chilton, for appellant. L. W. Redington, for respondent. No opinion. Motion to dismiss appeal denied, without costs. Case stricken from calendar. Memorandum per curiam.

---

NEWCOMB v. IRVIN. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by George Newcomb against John Irvin. No opinion. Judgment of County Court affirmed on default, with costs.

---

NEW YORK EXPANDED METAL CO., Respondent, v. GEORGE A. FULLER CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by the New York Expanded Metal Company against George A. Fuller Company. E. F. Clark, for appellant. J. C. Wait, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

NEW YORK SECURITY & TRUST CO., Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by the New York Security & Trust Company against the Manhattan Railway Company. G. A. Gardiner, for appellant. W. G. Peckham, for respondent. No opinion. Judgment affirmed, with costs.

---

NORTHAM, Respondent, v. DUTCHESS COUNTY MUT. INS. CO. OF POUGHKEEPSIE, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Louis N. Northam against the Dutchess County Mutual Insurance Company of Poughkeepsie, N. Y.

PER CURIAM. Order of Special Term modified, by striking out the specified sum imposed as a condition of the amendment, and in lieu thereof providing that plaintiff pay all costs and disbursements of the defendant, to be taxed by the clerk of the county of Jefferson; the amended complaint to be served and costs paid